HOLMES
*v.*
BARCLAY.

---

## SAME CASE—ON AN APPLICATION FOR A RE-HEARING.

*In an action in this State for damages for an offence or quasi-offence committed in another State, by the laws of which a jury might have allowed interest on the amount of damages assessed, the plaintiffs may recover interest from judicial demand on the estimation of the damage, where such interest is allowed as a part of the damages.*

ON an application for a re-hearing in this case, the judgment of the court was pronounced by

SLIDELL, J. The interest in this case having been allowed by the District Court, we confirmed that portion of the judgment, because we considered it as part of the damages, and allowed as such. In Illinois, where the cause of action accrued, it would have been competent for a jury to have allowed interest in making up the estimate of damages, and we thought the plaintiffs entitled to the same indemnity here.

*Re-hearing refused.*